# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | No. 5:20-cr-00291-LSC-SGC |
| ) | |
| CHRISTIE ROLLINS       ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned will appear as counsel for Christie Rollins, one of the defendants in the above-captioned matter.

Respectfully submitted,

/s/ William C. Athanas
William C. Athanas
WALLER LANSDEN DORTCH
& DAVIS LLP
1901 Sixth Avenue North
Suite 1400
Birmingham, AL 35203
Telephone:  (205) 226-5703
Facsimile:   (205) 214-8787
Bill.Athanas@wallerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of October 2020, I served all counsel of record in this matter by filing this document through the CM/ECF system.

/s/ William C. Athanas
William C. Athanas

4834-3542-9707.1