# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **United States of America,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | 5:20-cr-291-LSC-SGC-004 |
| ] | |
| **Christie Rollins,** ] | |
| ] | |
| **Defendant.** ] | |
| ] | |

## **ORDER**

This action is scheduled for a sentencing hearing for defendant Christie Rollins, on **Monday, March 6, 2023 at 11:00 AM,** 2nd Floor District Court Courtroom, Federal Building, 2005 University Boulevard, Tuscaloosa, Alabama.

Federal Rules of Criminal Procedure 32(F) requires that within 14 days of receiving the presentence report from the Probation Office, the parties shall communicate in writing to the probation officer, and to each other, any objections to the presentence report. In accordance with that Rule, it is hereby **ORDERED** that such objections be filed with the Clerk of the Court.

If the defendant intends to waive the 35 day disclosure requirement pursuant to Fed. R. Crim. Proc. 32(e)(2), the parties must file written objections within a reasonable time prior to the day of sentencing for consideration by the court. In the

absence of exceptionally good cause, the court will not consider objections if defendant is not in compliance with this Order.

Done this 5th day of January, 2023.

_____
L. Scott Coogler
United States District Judge

202713