UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 5:20-cr-00291-LSC-SGC** |
| ) | |
| **CHRISTIE ROLLINS,** ) | |
|     **Defendant.** ) | |

<u>**FINAL ORDER OF FORFEITURE**</u>

In the Notice of Forfeiture included in the Superseding Indictment in this case, the United States sought forfeiture of any property of Defendant CHRISTIE ROLLINS, pursuant to 18 U.S.C. § 982(a)(7), constituting or derived from proceeds traceable to the conspiracy to commit health care fraud offense charged in Count Five in violation of 18 U.S.C. § 1349. The Notice of Forfeiture also informed Defendant of the Government's intention to seek forfeiture of substitute assets in the event the directly forfeitable property was unavailable.

On February 1, 2022, Defendant CHRISTIE ROLLINS entered a formal plea of guilty to Count Five. In the plea agreement, Defendant agreed that the Court could enter an order of forfeiture against her in the amount of **$264,071.69**.

Based upon the guilty plea entered by Defendant CHRISTIE ROLLINS and Defendant's consent to the entry of an order of forfeiture in the amount of **$264,071.69**, the Attorney General is now entitled to possession of **$264,071.69** pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Therefore the court ORDERS:

1. That CHRISTIE ROLLINS, shall FORFEIT to the United States of America the **$264,071.69** in proceeds Defendant obtained, controlled, and benefitted from as result of the offense pursuant to 18 U.S.C. § 982(a)(7):

2. That the Attorney General or his designee is hereby authorized to seize said property forfeited herein.

3. That this Order of Forfeiture shall be deemed final as to Defendant CHRISTIE ROLLINS, and shall be made part of her sentence and included in Defendant's Judgment in accordance with Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure.

4. That this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

5. That the Clerk of the Court shall forward two certified copies of this Final Order of Forfeiture to the United States Attorney's Office, 1801 Fourth Avenue North, Birmingham, AL 35203, Attention: Austin Shutt, Assistant U.S. Attorney, and one certified copy to the U.S. Marshals Service.

SO ORDERED this_____ day of _____ , 2023.

_____
**L. SCOTT COOGLER**
Chief United States District Judge